```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| CHIQUITTA CLEMONS, | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | * CIVIL ACTION NO. 15-00480-KD-B |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Chiquitta Clemons' Complaint is **dismissed without prejudice** for lack of subject matter jurisdiction and the motion to proceed *in forma pauperis* is **denied** as moot.

**DONE** this 3rd day of December **2015**.

```
                         s/ Kristi K. DuBose
                         UNITED STATES DISTRICT JUDGE
```